### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLARITY CLINIC LLC, an Illinois Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMIRA JIMÉNEZ, individual, and BRIGHT HAVEN BEHAVIORAL HEALTH CENTER, LTD., an Illinois Corporation, JASON WHITESIDE, an individual, ANNE PREVENAS, an individual, and WHITESIDE & GOLDBERG, LTD., an Illinois Corporation, <br><br> Defendants. | Case No. _____ |

## NOTICE OF REMOVAL

To: Judges of the United States District Court for the Northern District of Illinois

Defendants, Samira Jimenez and Bright Haven Behavior Health Center, Ltd., by and through its attorneys, Richard B. Polony and Michael P. Adams, and for their Notice of Removal pursuant to 28 U.S.C. §§1441(a) and 1446, and in support thereof, state as follows:

1. On December 14, 2021, Plaintiff Clarity Clinic, filed a Verified Complaint for Injunctive Relief and Other Relief against Defendants Samira Jimenez ("Jimenez") and Bright Haven Behavior Health Center, Ltd. ("Bright Haven") in the 18th Judicial Circuit Court of DuPage County, Illinois. Plaintiff simultaneously filed an Emergency Motion for Temporary Restraining Order.

2. On January 13, 2022, Plaintiff was granted leave to file its Verified Amended Complaint ("VAC") for Injunctive and Other Relief. The VAC added Jason Whiteside ("Whiteside"), Anne Prevanas ("Prevenas"), and Whiteside & Goldberg, Ltd. ("Goldberg") as Defendants.

3. Jimenez learned of the Verified Complaint on December 14, 2021. A copy of the email sending her the pleading is attached hereto as Exhibit A.

4. True and correct copies of all pleadings and orders served upon Defendants in the state court action are attached as Group Exhibit B.

5. Defendants have ordered copies of all docket filings and will provide those to this Court upon receiving them (if different from Group Exhibit B). A copy of the Case Report from the underlying case is attached hereto as Exhibit C.

6. 28 U.S.C. §1441(b) provides:

> (b) Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the state in which such action is brought.

7. The United States District Court for the Northern District of Illinois has jurisdiction over Plaintiff's VAC due to the fact that Plaintiff asserts a federal cause of action against Defendant Jimenez for purported violations of the Computer Fraud and Abuse Act ("CFAA"), 18 U.S.C. § 1030. The allegations against Jimenez contained in the VAC arise under the Constitution, laws or treaties of the United States. 28 U.S.C. §1331.

8. Counsel for Jimenez and Bright Haven have discussed the instant removal with representatives for Whiteside, Prevenas, and Goldberg. They have indicated they will file notices of joinder in the instant removal as soon as they are served or service is otherwise agreed upon as they would remove the case in any event.

9. Venue is proper in the Northern District of Illinois pursuant to 28 U.S.C. §1391. Some or all of the acts that give rise to Plaintiff's claims occurred in the Northern District of Illinois.

10. This Court can exercise supplemental jurisdiction over the Illinois state law claims. 28 U.S.C. §1367

11. This Notice was filed with the Clerk of the United States District Court within thirty (30) days after service of the Verified Complaint upon the Defendants. 28 U.S.C. §1446(b).

12. A copy of this Notice of Removal is being promptly served on all parties to the state court action and filed with the Clerk of the Circuit Court for the 18th Judicial Circuit, DuPage County, Illinois.

WHEREFORE, the Defendants, Samira Jimenez and Bright Haven Behavior Health Center, Ltd., respectfully request that this case proceed in this Court as an action properly removed to it.

Respectfully submitted,
Samira Jimenez and Bright Haven Behavior Health Center, Ltd.,

By: */s/ Richard B. Polony*
Richard B. Polony
One of Its Attorneys

Richard B. Polony
rpolony@hinshawlaw.com
Michael P. Adams
madams@hinshawlaw.com
Hinshaw & Culbertson LLP
151 North Franklin Street
Suite 2500
Chicago, IL 60606
Phone: 312-704-3000
Fax: 312-704-3001

1047348\309900658.v1